1

2

3                                              O

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   SHERMAN DORSEY,                    Case No.  CV-16-07160-CAS (KES)

12             Petitioner,

13   v.                                 ORDER ACCEPTING FINDINGS AND

14   J. PRICE, Warden,                  RECOMMENDATIONS OF UNITED

15             Respondent.              STATES MAGISTRATE JUDGE

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18   records on file herein, and the Report and Recommendation of the United States

19   Magistrate Judge.  No objections to the Report and Recommendation were filed,

20   and the deadline for filing such objections has passed.  The Court accepts the

21   findings and recommendations of the Magistrate Judge.

22         IT IS THEREFORE ORDERED that Judgment be entered denying the

23   Petition and dismissing this action with prejudice.

24   DATED:  September 8, 2017

25                                      *Christina A. Snyder*

26
                                        _____
27                                      CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE
28