JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN DORSEY,<br>　　　　Petitioner,<br>　　v.<br>J. PRICE, Warden,<br>　　　　Respondent. | Case No. CV-16-07160-CAS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 8, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE